**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**RONNIE R. RINEHART**,

*Plaintiff*,

v. Case No. 2:26-cv-02037-BCL-tmp

**PYRAMID USED CARS, INC.,**
**BRIAN BOWMAN, PYRAMID AUTO**
**WORKS, INC.,**

*Defendants*.

---

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**

---

Before the Court is a Joint Motion to Approve Settlement Agreement of FLSA Wage and Hour Claims. Doc. 29. Along with their memorandum of law in support of the Motion, the parties have filed a copy of their settlement agreement on the record. The parties' Joint Motion to Approve Settlement is **GRANTED.**

Where parties settle or compromise a Fair Labor Standards Act ("FLSA") claim, the parties must seek court approval for the proposed settlement. *Simmons v. Mathis Tire & Auto Serv., Inc.*, No. 13-2875-STA-TMP, 2015 WL 5008220, at *1 (W.D. Tenn. Aug. 20, 2015) (citing *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1353 (11th Cir. 1982)). This Court may enter a stipulated judgment after scrutinizing the settlement for fairness. *Lynn's Food Stores,* 679 F.2d at 1353. Typically, courts regard the adversarial nature of a litigated FLSA case to be a sufficient indicator of the fairness of the settlement. *Id.* FLSA settlements are approved by courts when they are reached because of contested litigation to resolve bona fide disputes concerning a

plaintiff's entitlement to compensation under the FLSA. "In essence, the Court must ensure that the parties are not, via settlement of the plaintiffs' claims, negotiating around the clear FLSA requirements of compensation for all hours worked, minimum wages, maximum hours, and overtime." *Collins v. Sanderson Farms, Inc.,* 568 F.Supp.2d 714, 719 (E.D. La. 2008) (citing 29 U.S.C. §§ 206, 207). Should the proposed settlement reflect a reasonable compromise over contested issues, the settlement should be approved. *Lynn's Food Stores,* 679 F.2d at 1354.

Based on the complexity of the issues presented in this matter, the discovery already completed, and the parties' good faith participation in mediation with an experienced wage and hour mediator, the Court finds that the proposed settlement represents a reasonable compromise over a bona fide dispute. Therefore, the parties' settlement is approved. Defendants are directed to make payment of the sums owed to Plaintiffs under the settlement agreement and according to the procedures set forth in the settlement agreement.

This action shall be dismissed with prejudice upon the Parties' filing of a joint notice confirming the settlement payments have been made and have cleared. If no such notice has been filed within forty-five (45) days of the entry of this Order, the Parties shall file a joint status report. The Court shall retain jurisdiction to enforce the Settlement Agreement until dismissal. Defendant Pyramid Used Cars, Inc.'s, Motion to Dismiss (Doc. 14) is accordingly **DENIED** as moot.

**IT IS SO ORDERED**, this 30th day of September, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE